FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Young, Christopher Tyrone<br>DEFENDANT(S). | CASE NUMBER<br>SA09-158 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Tuesday, April 21, 2009___, at ___1:45___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6 B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___4/15/09___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge