FILED 2009 APR 29 PM 1:59 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

October 2008 Grand Jury

**SACR09-00095**

| UNITED STATES OF AMERICA, | ) No. SA CR 09- |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) [18 U.S.C. § 1591: Sex Trafficking of Children or by Force, Fraud or Coercion] |
| DWAYNE LAWSON, aka "Dwayne Topaz Lawson," aka "Christopher Tyrone Young," aka "Christopher T. Yoong," aka "Staydown," | ) |
| Defendant. | ) |

The Grand Jury charges:

[18 U.S.C. § 1591]

From on or about November 1, 2008, through on or about February 13, 2009, in Orange County, within the Central District of California, and elsewhere, defendant DWAYNE LAWSON ("LAWSON"), also known as ("aka") "Dwayne Topaz Lawson," aka "Christopher Tyrone Young," aka "Christopher T. Yoong," aka "Staydown,"

knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, and obtain F.M., knowing that force, fraud, and coercion would be used to cause F.M. to engage in a commercial sex act, and knowing that F.M. had not attained the age of 18 years at the time.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

ROBB C. ADKINS
Assistant United States Attorney
Chief, Southern Division

SANDY N. LEAL
Assistant United States Attorney