FILED

2009 MAY -8 PM 12: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA CR 09-95-CJC |
| Samera L. Mull   DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  5/8/2009 at 10:55am   ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 3144 - Designation as a material witness
3. Offense charged is a: ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☒ Other Misdemeanor a.m. material witness
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1990
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
10. Name of Pretrial Services Officer: Duny - Called @ 10:16 am
11. Remarks (if any): N/A

12. Date: _____
14. Name: Ashley L. Meacle
13. Signature: Ashley R Meacle
15. Title: Special Agent, FBI

CR-64 (07/05)   REPORT COMMENCING CRIMINAL ACTION