FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lawson re: Mull (Mat Wit) DEFENDANT(S). | CASE NUMBER SA09-95 CJC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Mat Wit__, IT IS ORDERED that a detention hearing is set for __Thursday__, __5/14/09__, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the ~~defendant~~ witness shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/8/09__

_____ ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge