THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
SANDY N. LEAL
Assistant United States Attorney
California Bar Number: 207179
    Ronald Reagan Federal Building & United States Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3531
    Facsimile: (714) 338-3561
    E-mail:    Sandy.Leal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 09-95-CJC |
|---|---|
| Plaintiff, | ) GOVERNMENT'S REPORT PURSUANT TO FED. R. CRIM. P. 46(h)(2) REGARDING DETAINED MATERIAL WITNESS |
| v. | |
| DWAYNE LAWSON | |
| Defendant. | |

    Pursuant to Federal Rule of Criminal Procedure 46(h)(2), plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby submits its report of material witness who has been held in custody more than 10 days.

DATED: May 18, 2009    Respectfully submitted,

    THOMAS P. O'BRIEN
    United States Attorney

    /s/
    SANDY N. LEAL
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

# REASONS WHY MATERIAL WITNESS SHOULD NOT BE RELEASED

CASE:  United States v. Dwayne Lawson

CASE NO.:  CR 09-95-CJC

MATERIAL WITNESS:     S.M.

AUSA: Sandy N. Leal

DATE MATERIAL WITNESS WAS ORDERED DETAINED: May 8, 2009

DISTRICT JUDGE/MAGISTRATE JUDGE WHO ORDERED MATERIAL WITNESS DETAINED:   Robert N. Block

DEPUTY FEDERAL PUBLIC DEFENDER/PANEL ATTORNEY REPRESENTING WITNESSES:  John D. Early

**REASONS FOR DETENTION OF MATERIAL WITNESS:**

__  1.  Detention pending trial for ten days or less (**no report necessary** (Fed. R. Crim. P. 46(h)(2)

X   2.  Detention during continuance of detention hearing pending resolution by court of motion for detention (§ 3142(f))

X   3.  Detention pending trial due to risk of flight (§ 3142(e) & (g)) based on the following ground(s):

  __  a.  Lack of family ties in the United States;

  __  b.  Lack of employment prospect in the United States;

  __  c.  Witness failed to provide complete and accurate information to law enforcement;

  X   d.  Lack of third party surety;

  X   e.  Witness proffered unreliable third party surety;

  __  f.  Witness' third party surety unable to post property to secure bond.

1

___  4.  Detention pending trial because the complexity/nature of testimony to be offered from witness such that deposition is inadequate to secure testimony and live testimony needed to prevent failure of justice (18 U.S.C. § 3144).

___  5.  Detention pending trial due to witness' inability to meet bond conditions and the complexity/nature of testimony to be offered from witness such that deposition is inadequate to secure testimony and live testimony needed to prevent failure of justice (18 U.S.C. § 3144)

_X_  6.  Detention pending trial because witness has not requested that his/her deposition be taken (18 U.S.C. § 3144; Fed. R. Crim. P. 15).

___  7.  Detention pending trial because court denied witness' motion for deposition (18 U.S.C. § 3144; Fed. R. Crim. P. 15).

___  8.  Detention pending court's resolution of motion for deposition filed by witness (18 U.S.C. § 3144; Fed. R. Crim. P. 15).

___  9.  Detention pending deposition ordered by court (18 U.S.C. § 3144; Fed. R. Crim. P. 15).

___  10. Deposition not alternative to detention because defendant is a fugitive or has not been charged yet; therefore there is no adverse party to notify regarding a deposition (18 U.S.C. § 3144; Fed. R. Crim. P. 15).

_X_  11. Other:

　　　Background information unverified; history of runaway status; substance abuse; multiple aliases; and unverified surety

2