THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
SANDY N. LEAL
Assistant United States Attorney
California Bar Number: 207179
    Ronald Reagan Federal Building & United States Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3531
    Facsimile: (714) 338-3561
    E-mail:   Sandy.Leal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 09-95-CJC |
| Plaintiff, | GOVERNMENT'S REPORT PURSUANT TO FED. R. CRIM. P. 46(h)(2) REGARDING DETAINED MATERIAL WITNESS |
| v. | |
| DWAYNE LAWSON | |
| Defendant. | |

    Pursuant to Federal Rule of Criminal Procedure 46(h)(2), plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby submits its report of material witness who has been held in custody more than 10 days.

DATED: June 16, 2009    Respectfully submitted,

    THOMAS P. O'BRIEN
    United States Attorney

    /s/
    SANDY N. LEAL
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA