UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR09-00095-CJC | Date | September 14, 2009 |
|---|---|---|---|

| Present: The Honorable | Marc L. Goldman, Magistrate Judge |
|---|---|
| Interpreter | n/a |

| T. Steele | CS 9/14/2009 | Mieke Biescheuvel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DWAYNE LAWSON (Not Present) | | X | | ANNE HWANG, DFPD | X | X | |

**Proceedings:**   In Court: Scheduling Conference

    Case called. Appearances made. Also present, John D. Early, CJA counsel for the material witness, S.M. Argument heard. The Court rules as follows:

    A videotaped deposition of the material witness will held before Magistrate Judge Goldman on Wednesday, September 23, 2009, at 9:30 a.m. in Courtroom 6A. The United States Marshal's Service shall see to it that the Defendant, as well as the material witness, are present in court for the deposition.

                                                  : 25

Initials of Deputy Clerk   ts