```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  ROBB C. ADKINS
    Assistant United States Attorney
 3  Chief, Santa Ana Branch Office
    MIEKE I. BIESHEUVEL (Cal. Bar No. 228828)
 4  Assistant United States Attorney
         Ronald Reagan Federal Building & U.S. Courthouse
 5       411 West Fourth Street
         Santa Ana, California 92701
 6       Telephone: (714) 338-3539
         Facsimile: (714) 338-3708
 7       Email: mieke.biesheuvel@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
                      UNITED STATES DISTRICT COURT
10
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                           SOUTHERN DIVISION
12
    UNITED STATES OF AMERICA,     )    No. SA CR 09-95-CJC
13                                )
                   Plaintiff,     )    STIPULATION REQUESTING THAT
14                                )    DEPOSITION OF MATERIAL WITNESS
              v.                  )    S.M. BE TAKEN OFF CALENDAR
15                                )
    DWAYNE LAWSON,                )    Deposition Date:
16     aka "Dwayne Topaz Lawson," )    September 23, 2009
       aka "Christopher T.        )
17     Yoong,"                    )
       aka "Staydown,"            )
18     aka "Christopher Tyrone    )
         Young,"                  )
19                                )
                   Defendant.     )
20  _____)
```

21      Plaintiff United States of America, by and through its
22 counsel of record, Assistant United States Attorney Mieke I.
23 Biesheuvel, defendant Dwayne Lawson ("defendant"), by and through
24 his counsel of record, Anne Hwang, and material witness S.M., by
25 and through her counsel of record, John Early, hereby stipulate
26 as follows:
27      1.   On April 29, 2009, a federal grand jury returned an
28 indictment against defendant, charging defendant with a violation

1 of Title 18, United States Code § 1591 (sex trafficking of
2 children or by force, fraud, or coercion).

3     2.   On May 7, 2009, the government filed a motion for
4 designation, arrest, and detention of material witness S.M.  The
5 same day, United States Magistrate Judge Robert N. Block granted
6 the government's motion and declared S.M. a material witness.

7     3.   On May 8, 2009, Magistrate Judge Block ordered S.M.
8 detained.  S.M. remains in custody at this time.

9     4.   On August 19, 2009, S.M., by and through her counsel,
10 John Early, filed a motion for her deposition to be taken
11 pursuant to Federal Rule of Criminal Procedure 15(a)(2).

12     5.   After holding a hearing and hearing argument on
13 September 14, 2009, this Court granted S.M.'s motion and referred
14 the case to United States Magistrate Judge Marc L. Goldman for
15 scheduling of and presiding over the deposition.

16     6.   United States Magistrate Judge Marc L. Goldman
17 scheduled S.M.'s deposition for September 23, 2009 at 9:30 a.m.

18     7.   On September 21, 2009, the government filed a binding
19 plea agreement reached between the government and defendant
20 pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).  In
21 light of the plea agreement, the government, defendant, and S.M.,
22 hereby stipulate that, at this time, a deposition of S.M. is no
23 longer necessary in order to preserve S.M.'s testimony for trial.
24 The parties to this stipulation therefore agree that S.M.'s
25 //
26 //
27 //
28 //

1 deposition, scheduled for September 23, 2009, should be taken off
2 calendar and request that this Court so order it taken off
3 calendar.
4     IT IS SO STIPULATED.
5 DATE: September 21, 2009          Respectfully submitted,
6                                   GEORGE S. CARDONA
                                    Acting United States Attorney
7
8                                    /s/
                                    MIEKE I. BIESHEUVEL
9                                   Assistant United States Attorney
10                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
11
12
   DATE: September 22, 2009          /s/ Per Authorization
13                                  ANNE HWANG
14                                  Attorney for Defendant
                                    DWAYNE LAWSON
15
16
   DATE: September 22, 2009          /s/ Per Authorization
17                                  JOHN EARLY
18                                  Attorney for Material Witness
                                    S.M.
19
20
21
22
23
24
25
26
27
28

3