SEAN K. KENNEDY (145632)
Federal Public Defender
ANNE HWANG (223094)
Deputy Federal Public Defender
321 East Second Street
Los Angeles, CA 90012
Telephone: (213) 894-2857
Facsimile: (213) 894- 0081
E-mail: Anne_Hwang@fd.org

Attorneys for Defendant
DWAYNE LAWSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DWAYNE LAWSON, ) <br> ) <br> Defendant. ) <br> ) | NO. SA CR 09-95-CJC <br><br> **PROTECTIVE ORDER RE MATERIALS PRODUCED BY TWITTER.COM** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that all materials produced by the Custodian of Records of Twitter.com regarding the account Mariacsr4jc shall be disclosed only to counsel representing Dwayne Lawson, and staff employed with the Federal Public Defender's Office assisting counsel in their representation of Dwayne Lawson, and to counsel representing the government in the matter of *United States v. Dwayne Lawson* and staff employed with the U.S. Attorney's Office assisting government counsel in that matter.

IT IS FURTHER ORDERED that all papers to be filed in court that disclose any materials produced by the Custodian of Records of Twitter.com shall be filed under seal.

Dated: May 3, 2010        By: _____
                          JAMES V. SELNA
                          United States District Judge
                          Criminal Duty Judge