UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  8:09-CR-95-CJC |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Santa Ana, California |
| | ) | |
| SAMERA L. MULL, | ) | Friday, May 8, 2009 |
| | ) | |
| Defendant. | ) | (2:18 p.m. to 2:23 p.m.) |

IN RE MATTER OF MATERIAL WITNESS(ES)


INITIAL APPEARANCE AND DESIGNATION OF MATERIAL WITNESS(ES)

BEFORE THE HONORABLE ROBERT N. BLOCK,
UNITED STATES MAGISTRATE JUDGE



Appearances:              See next page

Court Reporter:           Recorded; CourtSmart

Courtroom Deputy:         Kerri Glover

Transcribed by:           Exceptional Reporting Services, Inc.
                          14493 S. Padre Island Drive
                          Suite A-400
                          Corpus Christi, TX 78418-5940
                          361 949-2988







Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES FOR:**


Plaintiff:                          SANDY LEAL, ESQ.
                                    Assistant United States Attorney
                                    312 North Spring Street
                                    Los Angeles, CA 90012

Defendant:                          JOHN D. EARLY, ESQ.
                                    John D. Early Law Offices
                                    15333 Culver Drive
                                    Suites 340-141
                                    Irvine, CA 92604

3

1          **Santa Ana, California; Friday, May 8, 2009; 2:18 p.m.**

2                          **(Call to Order)**

3          **THE CLERK:**  Please remain seated and come to order.

4   This United States District Court is now in session, the

5   Honorable Magistrate Judge Robert N. Block presiding.

6          **THE COURT:**  Let us start with the material witness

7   case.  The interpreter doesn't need to interpret any part of

8   that proceeding.

9          **THE CLERK:**  Calling Case Number SA-CR-09-95, *United*

10  *States of America versus Samera Latifah Mull.*

11         **MS. LEAL:**  Good afternoon, your Honor.  Sandy Leal on

12  behalf of the United States.

13         **MR. EARLY:**  Good afternoon, your Honor.  John Early

14  on behalf of the material witness, who is present in custody

15  and requests an appointment of counsel.

16         **THE COURT:**  Is your true name Samera Latifah Mull?

17         **THE DEFENDANT:**  Yes.

18         **THE COURT:**  Did you sign this financial affidavit

19  form?

20         **THE DEFENDANT:**  Yes.

21         **THE COURT:**  Are the statements on this financial

22  affidavit true?

23         **THE DEFENDANT:**  Yes, it is.

24         **THE COURT:**  Well, although she shows income, I'm not

25  sure about the nature of that income, so I'll find that she

4

1   qualifies for the appointment of counsel and appoint Mr. Early

2   of the indigent defense panel to represent the witness.

3          **MR. EARLY:**  Thank you, your Honor.

4          **THE COURT:**  I want to make sure you understand why

5   you're here today.  The Government believes that your testimony

6   is material to a criminal proceeding and that it may become

7   impracticable to secure your presence by a subpoena.  You are

8   not being charged with any offense at this time, here in

9   federal court anyway.

10         So, do you understand what I have just explained to

11  you?

12         **THE DEFENDANT:**  Yes.

13         **THE COURT:**  And although I've already granted the

14  Government's motion, if you want to be heard on it, Mr. Early,

15  I'll let you be heard.

16         **MR. EARLY:**  On the detention?

17         **THE COURT:**  No, first just on the designation part;

18  then we'll get to the detention part.

19         **MR. EARLY:**  No, your Honor.  I don't wish to be heard

20  on that.

21         **THE COURT:**  All right.  So, the Court's ruling

22  granting the motion to designate will stand.  I haven't made a

23  ruling yet on the detention.

24         **MR. EARLY:**  Thank you.

25         **THE COURT:**  What is the Government's -- well, in the

5

1   motion the Government asked that the witness be detained, and

2   Pretrial Services has recommended that she be detained.  So, on

3   that issue, Mr. Early, I'll be glad to hear from you.

4        **MR. EARLY:**  Thank you, your Honor.  And I would ask

5   that the detention hearing be put off for about four days,

6   until Wednesday of next week if that works with the Court's

7   calendar, or Thursday?

8        **THE COURT:**  What have we got going next week?

9        **THE CLERK:**  Wednesday morning is clear; Thursday

10  morning is clear.

11       **THE COURT:**  Wednesday morning or Thursday morning.

12  Do you have a preference?

13       **MR. EARLY:**  I'd probably prefer Thursday just because

14  I think there's a decent amount of information I'd like to try

15  to gather, and I don't want to have to come back and ask for

16  another day, so Thursday morning would be preferable, your

17  Honor.

18       **(Pause)**

19       **THE COURT:**  So, Thursday is the 14th?

20       **MR. EARLY:**  Fourteenth.

21       **THE CLERK:**  Yes.

22       **THE COURT:**  Ten o'clock?

23       **(Pause)**

24       All right.  On motion of material witness it is

25  ordered the detention hearing is set for Thursday, May 14th,

6

1   2009, at 10:00 a.m. before me here in Courtroom 6B.  Pending

2   this hearing the witness shall be held in custody of the United

3   States Marshal, and she is ordered produced for the hearing.

4           Is today the 8th?  Yeah.  I don't think there's

5   anything else I need to order.

6           **MR. EARLY:**  No, I think that's it, your Honor.

7           **THE COURT:**  Does Government agree?

8           **MS. LEAL:**  Yes, your Honor.  Thank you.

9           **THE COURT:**  And I suggest, Mr. Early, if you believe

10  that there are conditions that can be set which would

11  reasonably assure her appearance -- I'm somewhat dubious about

12  that -- but discuss it with the Government, too.

13          **MR. EARLY:**  Yes.  I've begun -- we've been discussing

14  it and we're going to continue to discuss it, and if we can

15  reach an agreement, we'll present it to the Court --

16          **THE COURT:**  Yeah.

17          **MR. EARLY:**  -- in advance of that date.

18          **THE COURT:**  All right.  You're still going to have to

19  have the hearing.  I may not agree even if you've reached

20  agreement.

21          **MR. EARLY:**  Okay.  Fair enough.  Thank you, your

22  Honor.

23          **THE COURT:**  Okay.  You're welcome.

24      **(This proceeding was adjourned at 2:23 p.m.)**

25

7

## CERTIFICATION

I certify that the foregoing is a correct transcript from the

electronic sound recording of the proceedings in the above-

entitled matter.


_____                              May 7, 2010

        Signed                                            Dated


*TONI HUDSON, TRANSCRIBER*

EXCEPTIONAL REPORTING SERVICES, INC