# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. **SACR 09-00095-JVS** | | Date **May 3, 2010** |

Present: The Honorable **James V. Selna**

Interpreter   Not Needed

| Karla Tunis | Sharon Seffens | Douglas McCormick |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Dwayne Lawson** | X | | X | **Anne Hwang, DFPD** | X | X | |
| | | | | **Anthony Eaglin, DFPD** | X | X | |

**Proceedings:**   Defendant's Ex Parte Application for Court Order Regarding Twitter Records

     Cause called and counsel make their appearances.   The Court ORDERS todays hearing and the transcript of the proceeding sealed.   The transcript shall not be transcribed unless ordered by the Court.   The Court grants the government's oral motion to seal their response to the defendant's ex parte application (Dkt. No. 271)

     The Court states its tentative ruling for the record.   Counsel make their arguments.   The Court ORDERS the government to provide a copy of their *in camera* filing of May 3, 2010.   The Court will release a copy of the twitter records provided to the Court by Judge Carney's Chambers to both government and defense counsel.   The Court GRANTS the defendant's request and will issue the proposed protective order and order regarding the Twitter subpoena.

|  | 0 | : | 20 |
|---|---|---|---|
| | Initials of Deputy Clerk | | kjt |