# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACR 09-00095(A)-CJC | Date June 10, 2010 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Michelle Urie | Debbie Gale | Sandy Leal / Mieke Biesheuvel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dwayne Lawson, akas: Dwayne Topaz Lawson, Christopher T. Yoong, Staydown, Christopher Tyrone Young | X | X | | Anne Hwang, DFPD | X | X | |
| | | | | Anthony Eaglin, DFPD | X | X | |

**Proceedings:**   CHANGE OF PLEA

X   Defendant moves to change plea to the First Superseding Indictment.

X   Defendant enters new and different plea of GUILTY to Count 1 of the First Superseding Indictment.

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered. Court proceeds to sentence the defendant with the agreement of all parties.

X   Other: Court vacates the trial date of June 15, 2010 at 9:00 a.m. as to this defendant only.

:   40

Initials of Deputy Clerk   mu

cc: USPO-SA