# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | | |
|---|---|---|
| Case No. SACR 09-00095(A)-CJC | | Date June 10, 2010 |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Debbie Gale | Sandy Leal / Mieke Biesheuvel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Dwayne Lawson, akas: Dwayne Topaz Lawson, Christopher T. Yoong, Staydown, Christopher Tyrone Young | X | ☐ | Anne Hwang / Anthony Eaglin | ☐ | X | ☐ | None |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
___ Imprisonment for ___ Years/months ___ on each of counts _____
___ Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   ___ Pay $ _____ fine amounts & times determined by P/O.
   ___ Make $ _____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.
___ Pay $ _____ per count, special assessment to the United States for a total of  $ _____
___ Imprisonment for ___ months/years ___ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___ days/months ___ whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____
**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated ___ upon surrender   ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at $ _____
___ Filed and distributed judgment.  ENTERED.
**X** Other  Court grants Government's oral motion to bifurcate and continue the restitution hearing to be scheduled at a date and time mutually agreed upon by all parties.

_____ : 51

Initials of Deputy Clerk   mu

cc: